UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------x
MARY NELL WYATT, et al

                                                  Judge: Ricardo M. Urbina

              Plaintiffs
   v.

                                                  01 cv 1628(RMU)

SYRIAN ARAB REPUBLIC,

              Defendant
---------------------------------------------------------x

**STATUS REPORT OF THE SYRIAN ARAB REPUBLIC**

The Syrian Arab Republic for its Status Report herein notes its objection to plaintiffs proposal for the consolidation of the two Wyatt cases in this Court, 01cv1628(RMU) and 08cv502(RMU) raised in plaintiffs Status Report of July 1, 2009.

Syria's opposition will assert, among other things, that consolidation raises dispositive questions about the effect of the January 2008 amendments to the Foreign Sovereign Immunities Act, §1083, Pub. L. 110-181, 122 Stat.3, on the continuing viability of 01cv1628(RMU) and the effect of the opinion of the Supreme Court in Republic of Iraq v. Beaty, decided June 8, 2009 and the opinion of the D.C. Court of Appeals in Simon v. Republic of Iraq, 529 F.3d 1187 (D.C. Cir. 2008) reversed on other grounds, on actions such as the two Wyatt cases.

Defendants will also seek dismissal of both cases based on new authority not heretofore available when earlier motions to dismiss for lack of personal and subject matter jurisdiction were made and denied, including, to give one example, the unconstitutionality of 28 USC 1605(a)(7) and 1605A as violating the finality of Article III courts judgments because judgments entered thereunder have been set aside under powers vested in the Congress and the President which have been exercised to void judgments and proceedings against Iraq and Libya and threaten all judgments

under the statutory scheme.

    Plaintiffs Status Report mentions service of process in 08cv502.  As far as we know, Syria has not received diplomatic service of process in the case.   FSIA §1608(a) requires that prompt proof of diplomatic service be filed with the Court.   The Court's docket has no entry showing any proof of service of process by the State Department.

Dated: July 7, 2009                    Respectfully submitted,

                                      /s/
                             Ramsey Clark DC Bar No. 73833
                                  /s/
                             Lawrence W. Schilling
                             37 W. 12 th St.
                             New York, NY 10011
                             212-989-6613 fax 212-979-1583
                             email: lwschilling@earthlink.net

                             Attorneys for the Syrian Arab Republic